**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUSSELL WILSON, JR., | ) | NO. EDCV 09-1765 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 1, 2010.

                                   _____/S/_____
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE